Rebecca Marrero Gebman
2 Wilson Street, Beacon NY 12508
rgebman@me.com (646)373-3001

Application ~~Granted~~ / Denied. Sur-replies are not ordinarily permitted and I see no reason to allow one here. I will advise if I change my mind once I have considered the motion.

/s/ Cathy Seibel
Cathy Seibel, U.S.D.J.
Dated: 2/6/18

February 5, 2018

Via facsimile to (914) 390-4278

Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brient Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

2/6/2018

RE: PERMISSION TO FILE: DEFENDANT'S AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REBECCA MARRERO GEBMAN, et al., 16-CV-07033 (CS)

Dear Hon. Cathy Seibel:

Pursuant to your Honor's Individual Practice Rules, I respectfully request permission to file the above referenced amended answer. The changes to the answer are strictly limited to the attached two pages attached as Ex. A, and; proposed to be placed as the first page and last page to the already filed document when placed between the attached two pages.

Given circumstances as to entry of items 56 and 57 into the docket and given the fact that despite sworn attestation of service as to documents 56, I have not received a copy this filing.

Nor did I receive a copy of the letter in docket 57, by custom, plaintiff's Counsel has previously sent such similar communication by email and noted as such on the letter, which was not the case as to docket entry 57.

Despite the failures each side has burdened the Court with, there has been a vigorous exchange of information as to the position of each side. If the Court were to grant a several-day stay as to the filing of an unrestricted amended REPLY to the MOTION, I believe all parties would in turn benefit from a more accurate refinement of the documents due to the errors on the part of each party.

In either case, despite the above requested and suggested positions above, I request the Courts permission to REPLY to the Plaintiff's docket entries 56, 57 and 58 or as otherwise

directed by the Court. I have serious concerns as to each of the filings at these docket locations being 56, 57, 59 and I am prepared to respond only the docket numbers as so directed by the Court.

In any case I request permission to file: DEFENDANT'S AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REBECCA MARRERO GEBMAN, et al., 16-CV-07033 (CS) as stated above, unless; the Court shall grant permission to refile a new REPLY in lieu of docket entry No. 55, without content restriction within the customary narrative responses allowed as directed by the Court's Rules. In any case I request that should any part of the above not be granted, I request permission of the Court to Reply to any or all the docket entries numbered 56, 57, 58 as determined by the Court and be afforded Notice of time allowed to do so .

Respectfully Submitted,

*[signature]*

REBECCA MARRERO GEBMAN
Defendant gebman@me.com
2 Wilson Street Beacon, NY 12508
845-765-0556 (fax) 646-373-3001 (phone)

Cc: Stephen Vargas at svargas@grosspolowy.com

The forgoing is true upon my own information and belief.

*Rebecca R. Gebman*
REBECCA R. GEBMAN

Sworn to before me on this
5TH day of February 2018.

*Janet H. Harris*
Notary Public

JANET H HARRIS
Notary Public - State of New York
NO. 01HA6095145
Qualified in Orange County
My Commission Expires Jul 7, 2019